AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00004 |
| Carlos Alberto Ayala | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 1/8/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Carlos Alberto Ayala,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building ,;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building ;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date:    01/08/2024

Issuing officer's signature: /s/ Meriweather    2024.01.08 11:48:47 -05'00'

City and state:    Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 01/08/2023, and the person was arrested on (date) 01/09/2023
at (city and state) SALISBURY, MD.

Date:    01/09/2023

Arresting officer's signature

IAN MONTIJO   SPECIAL AGENT/FBI
*Printed name and title*