**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-mj-00004 (RMM)** |
| | : | |
| **CARLOS AYALA,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO**
**TEMPORARILY MODIFY CONDITIONS OF RELEASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its opposition to defendant Carlos Ayala's motion to temporarily modify his conditions of release to allow for travel to Madrid, Spain.

On February 9, 2024, the defendant, Carlos Ayala, was arrested on an arrest warrant and complaint charging him with five counts, including Obstruction of Law Enforcement During Civil Disorder, stemming from his conduct on January 6, 2021.  ECF No. 1.  The defendant made his initial appearance in the District of Columbia that same day.  The defendant was released on his personal recognizance with several conditions, including abiding by restrictions on travel; namely, that he notify PSA in advance of travel outside of Maryland, and obtain Court approval for travel outside of the continental United States.  ECF No. 6 at 2.

On February, 14, 2024, the defendant filed the instant motion requesting permission to travel to Madrid, Spain for what he refers to as a "celebration of life" event.  Def. Mot. at 1.  The Maryland Pretrial Services Agency's ("PSA") officer does not oppose the travel, but the District of Columbia PSA officer defers to the Court.  *Id.* at 2.  The government conveyed its opposition to defense, which was included in the defendant's motion, *id.*, but will elaborate here.  The event that the defendant seeks leave to attend is neither necessary business travel nor an imperative

1

family function.[1]  While the government understands that the defendant's father passed away in March of 2023, the event appears to be an academic conference that will be "attended by extended familiar members as well as religious and scientific figures in the international community."  *See* Def. Mot. at 2.  The defendant awaits trial on serious charges, including a felony, in the instant case.  While the government may consent to travel if it were necessary for the defendant's employment or family caretaking responsibilities, this event is none of those things.  The defendant seeks leave to travel internationally for pleasure.  The government cannot agree to such a request given the seriousness of the charges here and PSA's inability to effectively monitor or account for the defendant on an unnecessary overseas trip.

WHEREFORE, in light of the foregoing, the government respectfully requests that the Court deny the defendant's motion to temporarily modify his release conditions.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      /s/ *Sarah C. Martin*
Sarah C. Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
202-538-0035
Sarah.Martin@usdoj.gov

---

[1] *See* Flyer for Event: https://sonicwall.url-protection.com/v1/url?o=https%3A//sp.upcomillas.es/servicios/marketing/corporativo/Envios/_CTR_12_03_24.html&g=MTQ3M2NlZTc1YTg1MWYyNA==&h=MmViMmVjMDcxMWY0ODllMTYyZGIxZjlmYmZkOGU4NGYxMDk0OGM0NDdjOTI0ZDExOTk0OGRhNzRkNDJmN2MzYg==&p=c3A1OmlmcmFobGGF3OnNvbmljjd2FsbDpvZmZpcY2UzNjVfZW1haWWxzX2VtYWlsOjQwZTU2NTlhY2ExNWQ3ZWM3ZjMzYWWjYWNiNWZiMGE3OnYx

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 15th day of February, 2024, to all parties of record.


By:      /s/ *Sarah C. Martin*                  
        Sarah C. Martin