UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 24-mj-00004 |
| | : | |
| CARLOS AYALA, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE PRELIMINARY HEARING**

The parties jointly move this Court to continue the preliminary hearing, currently set for April 25, 2024, to a mutually agreeable date. In support of its motion, the parties state:

1. On January 8, 2024, the defendant was charged by Complaint with:

    a. Obstruction of Law Enforcement During Civil Disorder, in violation of 18 U.S.C. § 231(a)(3);

    b. Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1);

    c. Knowingly and with Intent to Impede or Disrupt the Orderly Conduct of Government Business, in violation of 18 U.S.C. § 1752(a)(2);

    d. Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. 5104(e)(2)(D); and

    e. Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. 5104(e)(2)(D).

2. The defendant was arrested on the warrant on January 9, 2024, and made his initial appearance in the District of Columbia that same day. The defendant was released on his personal recognizance since that date.

3. The parties are still engaged in plea negotiations. To provide the parties

additional time to negotiate a plea, they respectfully request that the Court continue the preliminary hearing to a later date. The parties do not anticipate requesting any additional continuances.

4. The parties have discussed a new preliminary hearing date, and suggest any of the following dates: May 23, 24, or 27. If those dates do not work, the parties and this Court can work together to find another date available to all.

5. The defendant consents to the exclusion, under the Speedy Trial Act, of the time between April 15, 2024 and the next court date.

6. Additionally, because the defendant is on release, any continuance will not impact his liberty.

WHEREFORE, in light of the foregoing, the parties respectfully request that the Court VACATE the preliminary hearing currently set for April 25, 2024, and reschedule the hearing for the dates outlined above, or to any other date available to the parties and this Court, and for any other relief this Court deems just and proper.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Sarah C. Martin*
Sarah C. Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
202-538-0035
Sarah.Martin@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-mj-00004 |
| | : | |
| **CARLOS AYALA,** | : | |
| | : | |
| **Defendant.** | : | |

**PROPOSED ORDER**

Upon consideration of the Joint Motion to Continue Preliminary Hearing, it is this ____ day of April, 2024, hereby

ORDERED, that the parties' joint motion is GRANTED;

ORDERED, that a preliminary hearing shall take place on _____ at _____ ; and it is further;

ORDERED, that in the interest of justice, and to allow the parties to continue working toward resolution of this case, the time between April 15, 2024, and _____ shall be excluded under the Speed Trial Act.

_____
United States Magistrate Judge

3